Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Sheila Marie Chesnes

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA MARIE CHESNES,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Case No.: CV 10-7535 PJW<br><br>[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,250 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE: November 4, 2011

_____
THE HONORABLE PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

-1-

Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3  /s/ 𝔅𝔯𝔦𝔞𝔫 ℭ. 𝔖𝔥𝔞𝔭𝔦𝔯𝔬
_____
4  Brian C. Shapiro
Attorney for plaintiff Sheila Marie Chesnes

-2-